United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHERINE MCPHERSON, | § § | |
| Plaintiff, | § § | Case No. 4:17-cv-3006 |
| v. | § § | |
| K-SOLV, LP, | § § | |
| Defendant. | § | A Jury is Demanded. |

### ORDER DISMISSING CASE WITH PREJUDICE

Upon joint motion of the parties, this case is hereby dismissed with prejudice to refiling.

Signed this ___14th___ day of ___May___, 2018.

_____
Judge Presiding